INTAKE DROP BOX
AO 93  (Rev. 12/09) Search and Seizure Warrant

2019 AUG 13  PM 1:48   UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

In the Matter of the Search of
*(Briefly describe the property to be searched*
*or identify the person by name and address)*

ONE (1) BLACK IPHONE 8 CELLULAR PHONE; IMEI:
3567670849487/4

)  19-1559 (LM)
)  Related to:
)  Case No.   19-396(GAG)
)
)
)
)

## SEARCH AND SEIZURE WARRANT

To:    Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search
of the following person or property located in the            ----            District of            PUERTO RICO
*(identify the person or describe the property to be searched and give its location)*:
See Attachment A

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the*
*property to be seized)*:

See Attachment B

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or
property.

**YOU ARE COMMANDED** to execute this warrant on or before            8/26/19
*(not to exceed 14 days)*

☐ in the daytime  6:00 a.m. to 10 p.m.        ☑ at any time in the day or night as I find reasonable cause has been
established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property
taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the
place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an
inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
Clerk of Court
*(name)*

☑ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay
of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be
searched or seized *(check the appropriate box)* ☑ for     30     days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of            .

Date and time issued:     AUG 1 2 2019  1:20 p.m.

Judge's signature

City and state:    SAN JUAN, PUERTO RICO            HON. BRUCE  J. McGIVERIN, MAGISTRATE JUDGE
*Printed name and title*

*AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)*

| Return | | |
|---|---|---|
| Case No.:<br>19-396(GAG) | Date and time warrant executed:<br>8/13/19 @ 10:00 AM | Copy of warrant and inventory left with:<br>EVIDENCE |
| Inventory made in the presence of :<br>TM. Chris Estu | | |
| Inventory of the property taken and name of any person(s) seized:<br>CELL PHONE ANALYSIS | | |

| Certification |
|---|
|     I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.<br><br><br>Date: _____        _____<br>                                     *Executing officer's signature*<br><br>                       _____<br>                                       *Printed name and title* |